UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC., a New
Jersey Non-Profit Corporation, and RONALD
MOORE, Individually,

        Plaintiffs,

vs.                                       Case No. 3:18-cv-08806-FLW-DEA

MANTOLOKING ASSOCIATES, L.L.C., a New
Jersey Limited Liability Company,

        Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal with Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation for Dismissal with Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers at _____, ___, this 23rd day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record